**FILED**

**MAR 12 2020**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | **4:20CR00173 HEA/SPM** |
| MAUTAVEUS AYERS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 16, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**MAUTAVEUS AYERS,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2012 Volkswagen Tiguan, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about January 16, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**MAUTAVEUS AYERS,**

the Defendant herein, knowingly possessed and brandished a firearm in furtherance of a crime of violence which may be prosecuted in a Court of the United States, to wit: armed carjacking, as set forth in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about January 16, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**MAUTAVEUS AYERS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney